# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00888-LTB

ARCHER HEALTHCARE, INC.
f/k/a AOS RESEARCH, INC.

      Plaintiff

v.

JILL L. CUTHBERT-DUTCHER and
QUESTRA MED COMMUNICATIONS, INC.

      Defendants

---

## NOTICE OF DISMISSAL WITH PREJUDICE
## PURSUANT TO F.R.C.P. 41(a)(1)(A)

---

      COMES NOW Archer Healthcare, Inc., by and through counsel J. Lucas McFarland of the law firm of Evans & McFarland, LLC, and submits this Notice of Dismissal With Prejudice Pursuant to F.R.C.P. 41(a)(1)(A), and states as follows:

      1.    Neither Defendant has filed an Answer or a Motion for Summary Judgment in this case.

      2.    The Parties have settled all disputes between them and have agreed to dismissal of this case with prejudice, each party to pay its own fees and costs.

      3.    As such Plaintiff Archer Healthcare provides notice pursuant to F.R.C.P. 41(a)(1)(A) of dismissal of this case with prejudice, each party to pay its own fees and costs.

DATED this 11th day of May, 2018.

        Respectfully submitted,

        **EVANS & MCFARLAND, LLC**

By:    s/ J. Lucas McFarland
          J. Lucas McFarland
          Evans & McFarland, LLC
          910 13th St., #200
          Golden, CO 80401
          Telephone:  303.279.8300
          Email:  lmcfarland@emlawyers.com

          ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018, I electronically filed the foregoing **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to at least the following via e-mail:

    David P. Ferrell
    Nexsen Pruet, PLLC
    dferrell@nexsenpruet.com

    Brett M. Wendt
    Kutak Rock LLP
    brett.wendt@kutakrock.com

          s/Gina Bowermaster
          Gina Bowermaster

2